```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 53195
   ROLAND E GRANT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5792

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/13/2005 and was confirmed 03/15/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

      The case was converted to chapter 7 after confirmation 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED         315.14         .00            .00
CITY OF CHICAGO PARKING   UNSECURED         240.00         .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED        .00            .00
BALLY TOTAL FITNESS       UNSECURED       NOT FILED        .00            .00
CAVALRY PORTFOLIO SERVIC  NOTICE ONLY     NOT FILED        .00            .00
COMCAST                   UNSECURED       NOT FILED        .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED        .00            .00
DISH NETWORK              UNSECURED       NOT FILED        .00            .00
FIRST REVENUE ASSURANCE   NOTICE ONLY     NOT FILED        .00            .00
SPRINT                    UNSECURED       NOT FILED        .00            .00
RENT A CENTER             SECURED              .00         .00            .00
WELLS FARGO AUTO FINANCE  SECURED        15880.00      2776.56         6054.95
WELLS FARGO AUTO FINANCE  UNSECURED      13793.27         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      12593.75         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         979.17         .00            .00
VICTOR SKADAUSKI          NOTICE ONLY     NOT FILED        .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED        .00            .00
ECAST SETTLEMENT CORP     UNSECURED        980.67         .00            .00
*LEEDERS & ASSOCIATES LT  DEBTOR ATTY     1,800.00                     1,800.00
TOM VAUGHN                TRUSTEE                                        664.49
DEBTOR REFUND             REFUND                                         694.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              11,990.00

PRIORITY                                         .00
SECURED                                      6,054.95
   INTEREST                                  2,776.56
UNSECURED                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 53195 ROLAND E GRANT
```

```
ADMINISTRATIVE                                            1,800.00
TRUSTEE COMPENSATION                                        664.49
DEBTOR REFUND                                               694.00
                                 ---------------    ---------------
TOTALS                                 11,990.00          11,990.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 05/16/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 05 B 53195 ROLAND E GRANT